Brian M. Caubarreaux
Emily G. Meche
Eugene A. Ledet, Jr.
Wesley K. Elmer
Brock H. Duke *
Amira M. Roy
* Licensed in Texas

# Brian Caubarreaux
## AND ASSOCIATES
*A Professional Law Corporation*

APR 28 2017

P.O. Box 129 / 144 Tunica Drive West
Marksville, LA 71351
P: 318-253-0900 / F: 318-253-5666

4501 Jackson Street Ext., Suite A
Alexandria, LA 71303
P: 318-442-0900 / F: 318-445-0940

*Reply to: Alexandria Office*

April 25, 2017

Chadwick and Odom
Gregory Odom
P.O. Box 12114
Alexandria, LA 71315

RE: Devy and Charles Foster vs. Wal-Mart
Suit No. 135,297

Dear Mr. Odom,

Attached is my client's answer to your Request for Admission.

Sincerely,

**BRIAN CAUBARREAUX & ASSOCIATES**

By: _____
Brock H. Duke

BHD;kmp



CIVIL SUIT NO. 135,297

| | | |
|---|---|---|
| DEVY and CHARLES FOSTER | * | ALEXANDRIA CITY COURT |
| Versus | * | PARISH OF RAPIDES |
| WAL-MART LOUISIANA, LLC | * | STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWERS TO INTERROGATORIES

**NOW INTO COURT** through undersigned counsel come plaintiffs, Devy and Charles Foster, who in response to discovery propounded by, Wal-Mart Louisiana, LLC, submit the following:

### REQUEST FOR ADMISSION NUMBER 1:

Admit or deny that the total amount of damages sought by any single plaintiff in this lawsuit exceeds the sum of $75,000.00, exclusive of interest and cost.

### Answer to Request for Admission No 1:

Admitted.

*Respectfully Submitted:*

**BRIAN CAUBARREAUX & ASSOCIATES**

BY: _____

EUGENE A. LEDET, JR, #19681
**BROCK H. DUKE, #35763**
BRIAN M. CAUBARREAUX #21522
4501 Jackson Street Ext., Suite A
Alexandria, Louisiana 71303
Telephone: (318) 442-0900
Facsimile: (318) 445-0940
*Attorneys for Plaintiffs*